# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 4:19-cr-141

AUSTIN RUBY, et al.

## PROTECTIVE ORDER

This cause is before the Court on the Government's Unopposed Motion for Protective Order in the above referenced case. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds that the motion is well taken.

NOW, THEREFORE, the defined terms referred to herein shall have the following meanings: (1) "Discoverable Material" refers to material subject to disclosure pursuant to Fed. R. Crim. P. 16; (2) "Sealed Items" refers to documents previously sealed by the Court (3) "3500 Material" refers to material to be provided to defendants pursuant to the Government's disclosure obligations under 18 U.S.C. § 3500, Fed. R. Evid. 404(b), as well as the *Brady* and *Giglio* decisions; (4) "Defendants" refers to the defendants, and any future defendants, in the above referenced case; (5) "Defense Counsel" refers to the counsel of record for any defendant, or future defendant, in the above referenced case.

IT IS, HEREBY, ORDERED (1) that all Discoverable Material disclosed in this case, and any copies thereof, shall be kept in the constant care, custody and

control of Defense Counsel; (2) that any review of Discoverable Material shall take place in Defense Counsel office or at the detention facility where any Defendant is housed; (3) that copies of Discoverable Material shall not leave the custody of Defense Counsel or be left at any Defendant's detention facility; (4) that Discoverable Material, as well as its contents, shall not be discussed with, or disseminated / disclosed to, anyone other than Defendants or Defense Counsel, or the staff of Defense Counsel (full time secretaries and attorneys formally associated with the law firm), except upon the express authorization of this Court.

IT IS FURTHER ORDERED (1) that redacted copies of the Sealed Items shall be provided to Defense Counsel as Discoverable Material; (2) that if Defense Counsel wish to see unredacted copies of the Sealed Items, then such unredacted copies shall be viewed in, but not taken from, the Government's office; and (3) that the Sealed Items shall remain sealed after the attorneys have been provided redacted copies.

IT IS FURTHER ORDERED (1) that all 3500 Material disclosed in this case, and any copies thereof, shall be kept in the constant care, custody and control of Defense Counsel; (2) that any review of 3500 Material shall take place in Defense Counsel office or at the detention facility where any Defendant his housed; (3) that Defense Counsel shall return or destroy all 3500 Material (including all copies thereof) at the close of the trial or when any appeal has become final; (4) that 3500

Material shall not leave the custody of Defense Counsel or be left at any detention facility; (5) that 3500 Material, as well as its contents, shall not be discussed with, or disseminated / disclosed to, anyone other than the Defendants and Defense Counsel, or the staff of their counsel (full time secretaries and attorneys formally associated with the law firm), except upon the express authorization of this Court.

SO ORDERED, this the __27th__ day of November 2019.

/s/ Jane M. Virden
JANE M. VIRDEN
United States Magistrate Judge
Northern District of Mississippi